IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DUDLEY FLYING SERVICE, INC.**                                                                 **PLAINTIFF**

v.                              No. 3:13CV00156 KGB

**AG AIR MAINTENANCE SERVICES, INC.**                                           **DEFENDANT**

## ORDER

Jon C. Kettles has filed a motion to appear *pro hac vice* (Dkt. No. 2). The motion is granted pursuant to Local Rule 83.5(d). Mr. Kettles, along with Jeffery Owen Scriber, shall be counsel of record for plaintiff Dudley Flying Service, Inc.

SO ORDERED this the 12th day of July, 2013.

_____
Kristine G. Baker
United States District Judge