**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DUDLEY FLYING SERVICE, INC.**                                                    **PLAINTIFF**

**v.**                      **Case No. 3:13-cv-00156-KGB**

**AG AIR MAINTENANCE SERVICES, INC.**                                 **DEFENDANT**

## ORDER

Before the Court is plaintiff's general motion *in limine* (Dkt. No. 27). Defendant has responded to the motion (Dkt. No. 30). The Court grants in part and takes under advisement in part the pending motion (Dkt. No. 27).

Several of the matters raised by plaintiff in the motion are agreed to by defendant. To the extent the parties agree, plaintiff's motion *in limine* is granted as to those matters, specifically the matters raised in paragraphs 3, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35. The Court takes the remaining disputed issues under advisement, specifically the matters raised in paragraphs 1, 2, 4, 5, 6, 7, 8, 9, and 36. The Court intends to hear argument from counsel on the pending matters at the pretrial hearing to be conducted in this matter and will reserve ruling on these matters until that time.

SO ORDERED this the 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge