**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DUDLEY FLYING SERVICE, INC.**                                                                        **PLAINTIFF**

v.                              Case No. 3:13-cv-00156-KGB

**AG AIR MAINTENANCE SERVICES, INC.**                                                     **DEFENDANT**

## ORDER

Before the Court is a joint motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 73).  This motion also states that each party will bear its own costs.  For good cause shown, Dudley Flying Service Inc.'s cause of action against defendant AG Air Maintenance Services, Inc. is dismissed with prejudice.

SO ORDERED this the 21st day of September, 2015.

_____
Kristine G. Baker
United States District Judge